Anna Kochanowitz, as Administratrix of the Estate of Stanley Kochanowitz, Deceased, Appellant, *v.* William J. Montgomery, Respondent.

(Argued June 3, 1930; decided June 13, 1930.)

*William Burdell Banister* for appellant.

*Harold R. Medina, William F. McNulty* and *Adolph F. Bruenner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.